UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK SHAFIQUE AHMAD,<br><br>           Plaintiff,<br>     v.<br><br>Jeh JOHNSON, in his Official Capacity, Secretary, United States Department of Homeland Security; León RODRÍGUEZ, in his Official Capacity, Director, United States Citizenship and Immigration Services; James T. WYROUGH, in his Official Capacity, Field Office Director, United States Citizenship and Immigration Services; Loretta E. LYNCH, in her Official Capacity, Attorney General, U.S. Department of Justice.<br><br>           Defendants. | No. 5:16-cv-1776-RMW |

**[PROPOSED] ORDER**

Whereby on June 21, 2016, the Parties jointly requested that the Court extend the deadline to file the ADR Certification from June 21, 2016 to July 5, 2016, upon good cause shown, the Court hereby ORDERS as follows:

The deadline for the Parties to file the ADR Certification is extended from June 21, 2016 to July 5, 2016.

Signed this 24th day of June, 2016.

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge